IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH ROBINSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>M. PENNER, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-05-1499-LKK-CMK<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint (Doc. 1) will be addressed by separate order.

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

      2.    Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1          3.      An initial partial filing fee of $120.00 will be assessed by this order
2 pursuant to 28 U.S.C. § 1915(b)(1);
3          4.      By separate order, the court will direct the appropriate agency to collect the
4 initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court; and
5          5.      Thereafter, plaintiff will be obligated for monthly payments of twenty
6 percent of the preceding month's income credited to plaintiff's prison trust account, such
7 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
8 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full, pursuant to 28
9 U.S.C. § 1915(b)(2).

DATED: October 5, 2005.

                                                                **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE