IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,

     Plaintiff,                   No. CIV S-05-1499 LKK CMK P

  vs.

M. PENNER, et al.,

     Defendants.             <u>ORDER</u>

_____/

       Plaintiff has filed a document entitled "Motion Requesting a Continuance of Thirty-Days to Respond/Appeal Court Order Denying Request for the Appointment of Counsel" (Doc. 10). The document is construed as a motion for an extension of time within which to seek reconsideration by the district judge of the court's September 22, 2005, order denying plaintiff's motion for appointment of counsel. So construed, the motion is granted.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff may seek reconsideration of the court's September 22, 2005, order by filing an appropriate motion within 30 days of the date of this order.

DATED: October 5, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE