IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,

    Plaintiff,   No. CIV S-05-1499 LKK-CMK-P

  vs.

M. PENNER, et al.,

    Defendants.   <u>ORDER</u>

_____/

On September 22, 2005, the Magistrate Judge issued an order denying plaintiff's July 26, 2005 motion for appointment of counsel. On November 3, 2005, plaintiff filed a motion for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's motion for reconsideration of the magistrate judge's order of September 22, 2005 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 3, 2005 request for reconsideration is denied.

DATED: January 12, 2006.

                                                        /s/Lawrence K. Karlton
                                                        UNITED STATES DISTRICT JUDGE

05cv1499robi.851