IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,                          No. CIV S-05-1499-LKK-CMK-P

    Plaintiff,

  vs.                                                      ORDER

M. PENNER, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration of the magistrate judge's October 26, 2005, order.

        Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." Here, the motion for reconsideration of the magistrate judge's order was filed on November 19, 2005, which is more than 10 days from the date of service of the magistrate judge's order.[1] The motion is, therefore,

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the court has calculated the 10-day period from the date the motion was

1

1  untimely.

2          Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration is

3  denied as untimely.

4  DATED: January 12, 2006.

5                                                  /s/Lawrence K. Karlton
                                                   UNITED STATES DISTRICT JUDGE

---

delivered to prison authorities for mailing to the court.  Otherwise, the 10-day period has been calculated based on the date the motion for reconsideration was actually filed.