1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 NEHEMIAH ROBINSON,                          No. CIV S-05-1499-LKK-CMK-P

12              Plaintiff,

13       vs.                                     <u>ORDER</u>

14 M. PENNER, et al.,

15              Defendants.

16 _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time

19 (Doc. 27), filed on March 20, 2006.

20              On October 26, 2005, the court dismissed plaintiff's complaint with leave to

21 amend and directed plaintiff to file a first amended complaint within 30 days.  Plaintiff's motion

22 for reconsideration of that order was denied on January 12, 2006.  Plaintiff now seeks a third  60-

23 day extension of time to file an amended complaint.  Good cause appearing therefor, the request

24 will be granted.  Plaintiff is warned that failure to comply with the court's October 26, 2005,

25 order within the time provided in this order may result in dismissal of this action for lack of

26 prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.      Plaintiff's motion for an extension of time is granted; and

3         2.      Plaintiff shall file a first amended complaint within 60 days of the date of

4    service of this order.

5

6    DATED:   March 22, 2006.

7

8                                          _____
     **CRAIG M. KELLISON**

9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26