IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH ROBINSON, | No. CIV S-05-1499-LKK-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| M. PENNER, et al., | |
|     Defendants. | |
|                           / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for reconsideration (Doc. 35) of the portion of the court's October 5, 2006, order directing the Clerk of the Court to terminate King as a defendant to this action because such defendant was not named in the superceding first amended complaint.  As plaintiff notes, defendant King is indeed named as a defendant in the first amended complaint.  Therefore, pursuant to Federal Rule of Civil Procedure 60(a), the court hereby corrects this error in the October 5, 2006, order.  The Clerk of the Court will be directed to add King as a defendant.

      The first amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant King, as well as the

1

other defendants listed in the October 5, 2006, order.[1]  The court, therefore, finds that service is appropriate for defendant King and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for reconsideration (doc. 35) is granted;

        2.    The October 5, 2006, order is corrected to reflect that King remains a defendant to this action;

        3.    The Clerk of the Court is directed to add defendant King to the docket;

        4.    Service is appropriate for the following individual defendant(s):

            KING;

        5.    The Clerk of the Court shall send plaintiff one USM-285 form; and

        6.    Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit one completed USM-285 form for defendant King.

DATED:  November 1, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that, according to plaintiff's complaint, plaintiff has not exhausted his administrative remedies.  However, because exhaustion is not a jurisdictional requirement for bringing suit, see Rumbles v. Hill, 182 F.3d 1064, 1070 (9th Cir. 1999), and because failure to exhaust is an affirmative defense which can only be raised by defendants, see Wyatt v. Terhune, 280 F.3d 1238, 1245-46 (9th Cir. 2002), dismissal at this time for failure to exhaust is not appropriate.

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,                          No. CIV S-05-1499-LKK-CMK-P
          Plaintiff,
     vs.
M. PENNER, et al.,
          Defendants.
                                   /
                         NOTICE OF SUBMISSION OF DOCUMENTS
     Plaintiff hereby submits the following documents in compliance with the court's
order:

          _____          completed USM-285 form; and

DATED: _____          _____
                                           Plaintiff
```

3