IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,

    Plaintiff,                      No. CIV S-05-1499 LKK CMK P

    vs.

M. PENNER, et al.,

    Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By order filed December 11, 2006, the United States Marshal was directed to serve process on defendants in this action, including defendant Lateri. On January 25, 2007, the United States Marshal returned service unexecuted on defendant Lateri because said individual is deceased. In light of the suggestion of defendant Lateri's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of said form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1). If plaintiff does not seek substitution within 90 days of the date of this order, the court will recommend dismissal of the action <u>as to defendant Lateri only</u>. <u>See</u> Fed. R. Civ. P. 25(a)(1).

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve
2 on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on
3 January 25, 2007 together with this order.

5 DATED: February 13, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE