IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,

    Plaintiff,                   No. CIV S-05-1499 LKK CMK P

    vs.

M. PENNER, et al.,

    Defendants.             <u>ORDER</u>

                             /

        Plaintiff has requested an extension of time to file and serve a reply to defendants' February 13, 2007 answer to plaintiff's May 26, 2006 amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 26, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted forty days from the date of this order in which to file and serve a reply to defendants' February 13, 2007 answer to plaintiff's May 36, 2006 amended complaint.

DATED: March 7, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE