1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NEHEMIAH ROBINSON,

12              Plaintiff,              No. CIV S-05-1499 LKK CMK P

13        vs.

14   M. PENNER, et al.,

15              Defendants.              ORDER

16   _____/

17              Plaintiff has requested an extension of time to complete discovery pursuant to the

18   court's discovery order of March 8, 2007.  Defendants have filed a statement of non-opposition,

19   with the separate request that, if the extension is granted, the remainder of the scheduling

20   deadlines should similarly be extended.  Good cause appearing, plaintiff request will be granted

21   and the current scheduling order will be vacated.  A new schedule will be set by separate order.

22              Accordingly, IT IS HEREBY ORDERED that:

23        1.      Plaintiff's unopposed May 2, 2007 motion/request for an extension of time

24   to conduct discovery (Doc. 52) is granted;

25        2.      The court's March 8, 2007, scheduling order is vacated; and

26   / / /

1

1          3.     The parties may conduct discovery until August 15, 2007.

2

3   DATED:   May 11, 2007.

4

5                                          **CRAIG M. KELLISON**

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2