IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH ROBINSON, | No. CIV S-05-1499 LKK CMK P |
|     Plaintiff, | |
|   vs. | |
| M. PENNER, et al., | |
|     Defendants. | FURTHER SCHEDULING ORDER |

On May 2, 2007, plaintiff requested additional time to conduct discovery. On May 14, 2007, the court granted plaintiff's request and vacated the existing scheduling order. In light of the extension of time for discovery, the court hereby resets the vacated schedule.

Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

1. The parties may conduct discovery until August 15, 2007. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

///

///

      2. All pretrial motions, except motions to compel discovery, shall be filed on or before October 19, 2007. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 11, 2006.

      3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before January 18, 2008. Defendants shall file their pretrial statement on or before January 25, 2008. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

      4. Pretrial conference (as described in Local Rule 16-282) is set in this case for February 1, 2008, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

      5. This matter is set for jury trial before the Honorable Lawrence K. Karlton, on April 8, 2008, at 10:00 a.m. in Courtroom 4.

DATED: May 23, 2007.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE