IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,                            No. CIV S-05-1499-LKK-CMK-P

    Plaintiff,

  vs.                                                                  ORDER

M. PENNER, et al.,

    Defendants.

_____/

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time to file a response to defendant Stocker's answer. Because the Federal Rules of Civil Procedure do not provide for a response to an answer, plaintiff's request is denied as unnecessary.

IT IS SO ORDERED.

DATED: June 19, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

1