**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEHEMIAH ROBINSON, | No. CIV S-05-1499-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| M. PENNER, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 25, 2007, are adopted in full;

2. This action is dismissed <u>as against deceased defendant Lateri only</u>; and

3. The Clerk of the Court is directed to terminate Lateri as a defendant to this action.

DATED: July 12, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2