IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH ROBINSON, | No. CIV S-05-1499-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. PENNER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' second motion for an extension of time (Doc. 65) to respond to plaintiff's discovery requests served on defendants King, Penner, and Turella.  Also pending is plaintiff's motion for an extension of time (Doc. 67) to serve discovery requests.

As to defendants' request, defendants had originally sought an extension of time to August 8, 2007, to serve responses as to defendants King, Penner, and Turella.  The court granted that request and sua sponte extended the deadline for plaintiff to file a motion to compel, if necessary, as to responses from those defendants only.  Defendants now seek a further extension of time to September 15, 2007, to serve responses.  Good cause appearing therefor, the

1

request will be granted. Defendants stipulate that plaintiff should be allowed 30 days after service of their responses to file a motion to compel, if necessary. The court reminds the parties that the foregoing extension and modification of the scheduling order only applies to discovery already served upon defendants King, Penner, and Turella. To the extent plaintiff deems it necessary to file a motion to compel regarding responses received from defendants King, Penner, or Turella, the court reminds plaintiff that he must comply with the rules and procedures set forth in the court's March 8, 2007, order. In particular, plaintiff must attach to any motion to compel copies of the discovery requests and responses at issue, along with proofs of service thereof.

As to plaintiff's request, he states that he wants an extension of the discovery cut-off deadline in order to serve new discovery requests. Because plaintiff has had ample opportunity to serve discovery requests in this case, plaintiff's request for an extension of time beyond the current August 15, 2007, deadline is denied. Plaintiff may not serve any new discovery requests.

Finally, the court reminds the parties that, pursuant to the current scheduling order issued on May 24, 2007, the deadline for filing dispositive motions is October 19, 2007. Because no party has requested an extension of that deadline, the court will expect that any dispositive motions will be filed by that date.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' second motion for an extension of time (Doc. 65) is granted;

2. Defendants King, Penner, and Turella shall serve responses to plaintiff's discovery on or before September 15, 2007;

3. Plaintiff may file a motion to compel <u>as to discovery responses filed by defendants King, Penner, or Turella only</u>, if necessary, within 30 days of the date of service of defendants' responses; and

/ / /

/ / /

       4.       Plaintiff's motion for an extension of time file serve new discovery requests (Doc. 67) is denied.

DATED: August 14, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE