IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,              No. CIV S-05-1499-LKK-CMK-P

    Plaintiff,

  vs.                              ORDER

M. PENNER, et al.,

    Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions to compel (Docs. 77, 79, and 80).  The court's October 2, 2007, order specifically denied plaintiff's first two motions (Docs. 77 and 79).  Pursuant to the court's analysis in the October 2, 2007, order, plaintiff's third motion (Doc. 80) is also denied.

      IT IS SO ORDERED.

DATED: October 4, 2007

                                                    /s/ Craig M. Kellison
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE