IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,                     No. CIV S-05-1499-LKK-CMK-P

         Plaintiff,

     vs.                                  <u>ORDER</u>

M. PENNER, et al.,

         Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time to file a dispositive pre-trial motion.  Plaintiff seeks a 60-day extension of the current October 19, 2007, cut-off date.  Good cause appearing therefor, plaintiff's motion is granted, in part.  The court hereby extends the dispositive motion cut-off date by 31 days to November 19, 2007.

        IT IS SO ORDERED.

DATED: October 19, 2007

                                                  _____
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE