1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    NEHEMIAH ROBINSON,                    No. CIV S-05-1499-LKK-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14    M. PENNER, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for reconsideration of the

19    magistrate judge's October 2, 2007, and October 4, 2007, orders.[1]

20              Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate

21    judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the

22    entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly

23    erroneous or contrary to law.  The October 2, 2007, and October 4, 2007, orders are, therefore,

24    _____

25          [1]    Plaintiff's motion is entitled "Objection to Magistrate Judge's Findings and
      Recommendations."  However, in the document, plaintiff challenges the magistrate judge's
26    orders denying his three motions to compel and his motion for appointment of counsel.
      Therefore, plaintiff's filing is construed as a motion for reconsideration of these orders.

affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1.     The motion for reconsideration (Doc. 85) is denied; and

2.     The magistrate judge's October 2, 2007, and October 4, 2007, orders are affirmed.

DATED: November 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2