IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHEMIAH ROBINSON, | | No. CIV S-05-1499-LKK-CMK-P |
| Plaintiff, | | |
| vs. | | <u>ORDER</u> |
| M. PENNER, et al., | | |
| Defendants. | | |
| _____/ | | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 89) to file a response to defendants' motion for summary judgment.  Citing limited prison law library access, plaintiff seeks an additional 60 days to file a response.  Good cause appearing therefor, the court will grant plaintiff's request, in part.  Plaintiff will be granted a 30-day extension of time.

      Upon further review of this file, the court observes that plaintiff has already filed his pre-trial statement and, pursuant to the court's May 24, 2007, scheduling order, defendants' pre-trial statement is currently due by January 25, 2008.  The pre-trial conference is set for February 1, 2008 (on the papers only) and trial is set for April 8, 2008.  The court finds it

appropriate to vacate these remaining scheduling dates pending resolution of defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 89) is granted, in part;

2. Plaintiff may file a response to defendants' motion for summary judgment within 30 days of the date of this order; and

3. The due date for defendants' pre-trial statement and the pre-trial and trial dates set forth in the court's May 24, 2007, scheduling order are vacated.

DATED: November 30, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE