1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   NEHEMIAH ROBINSON,                    No. CIV S-05-1499-LKK-CMK-P

12              Plaintiff,

13        vs.                             <u>ORDER</u>

14   M. PENNER, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  On January 17, 2008, the court issued findings and recommendations that

19   defendants' motion for summary judgment (Doc. 87) be granted.  On February 26, 2008, the

20   district judge assigned to this case issued an order declining to adopt the findings and

21   recommendations.  In that order, the district judge noted that plaintiff had filed both substantive

22   objections and an evidentiary objection to the declaration of Dr. Gabriel Borges, which had been

23   offered in support of defendants' motion.  Upon review of the entire file, including plaintiff's

24   objections, the district judge declined to adopt the recommendations based on the conclusion that

25   Dr. Borges' declaration lacked evidentiary weight.  Specifically, the district judge stated: "Here,

26   Dr. Borges did not swear under penalty of perjury that the statements made in his declaration

1  were true; instead, he only 'declare[d] under penalty of perjury that the . . . declaration was

2  executed' on a particular date."  The district judge did not deny summary judgment, but referred

3  the matter back to the undersigned for "proceedings consistent with this order."

4          In light of the district judge's order, the court hereby directs defendants to submit

5  a properly attested declaration of Dr. Borges.  In particular, within ten (10) days of the date of

6  this order, the declaration shall be re-submitted under penalty of perjury as to the truth of the

7  matters stated therein.

8          IT IS SO ORDERED.

9

10  DATED:  February 28, 2008

11

12  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26