1  VAN LONGYEAR, CSB NO. 84189
   JENNIFER MARQUEZ, CSB NO. 232194
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for DEFENDANT, MONTE PENNER, M.D.

6

7           UNITED STATES DISTRICT COURT  EASTERN DISTRICT

8              OF CALIFORNIA SACRAMENTO DIVISION

9

10

11 NEHEMIAH ROBINSON,              )    **CASE NO. 2:05-CV-01499 LKK CMK**
                                   )
12      Plaintiff,                 )    **SUBSTITUTION OF ATTORNEY**
                                   )
13 v.                              )
                                   )
14 MONTE PENNER, M.D., et al.      )
                                   )
15      Defendants.                )
   _____ )
16

17

18       DEFENDANT, Monte Penner, M.D., hereby substitutes Van Longyear and Jennifer

19 Marquez of the Law Firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite

20 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of Kevin William

21 Reager, Deputy Attorney General and Attorney General's Office.

22

23 I agree to the above substitution.

24

25

26 Dated: March 15, 2008         By: /s/ Monte Penner
                                     MONTE PENNER, M.D.
27

28

Substitution of Attorney
Page 1

1  I agree to the above substitution.

2

3  Dated: March 20, 2008					DEPUTY ATTORNEY GENERAL
							OFFICE OF THE ATTORNEY GENERAL
4

5

						By: /s/ Kevin William Reager
6							KEVIN WILLIAM REAGER
							Deputy Attorney General
7

8  I accept the above substitution.

9

10  Dated: March 19, 2008					LONGYEAR, O'DEA & LAVRA, LLP

11

12						By: /s/ Van Longyear
							VAN LONGYEAR
13							Attorney for Defendant
							Monte Penner, M.D.
14

15  I accept the above substitution.

16

17  Dated: March 14, 2008					LONGYEAR, O'DEA & LAVRA, LLP

18

19						By: /s/ Jennifer Marquez
							JENNIFER MARQUEZ
20							Attorney for Defendant
							Monte Penner, M.D.
21

22	**IT IS SO ORDERED.**

23

24	**DATED:  March 26, 2008**

25
						_____
						**CRAIG M. KELLISON**
26						**UNITED STATES MAGISTRATE JUDGE**

27

28