IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH ROBINSON, | No. CIV S-05-1499-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. PENNER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On January 17, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

On February 28, 2008, the undersigned issued and order declining to adopt the findings and recommendations. In particular, that order stated:

> The Magistrate Judge recommended granting the defendants' motion [for summary judgment], basing the recommendation in part on the declaration of Dr. Gabriel Borges offered in support of the defendants' motion. See Findings and Recommendations, January 17, 2008, at 8, 13. Dr. Borges' declaration, however, is not declared to be true under penalty of perjury and therefore it cannot be relied upon by the court. Motions for summary judgment may be supported by affidavits or declarations sworn to be true under penalty of perjury (citations omitted). Here, Dr. Borges did not swear under penalty of perjury that the statements made in his declaration were true; instead, he only "declare[d] under penalty of perjury that the . . . declaration was executed" on a particular date. See Declaration of Dr. Gabriel Borges in Support of Motion for Summary Judgment [attached to Doc. 87]. Consequently, his declaration has no evidentiary force. The court cannot adopt those findings of the Magistrate Judge that were based on this declaration, nor can it adopt the Magistrate Judge's recommendation for the disposition of the motion, as its recommendation was influenced by Dr. Borges' declaration.

The undersigned did not deny summary judgment but referred the matter back to the magistrate judge for proceedings consistent with the order. On February 28, 2008, the magistrate judge issued an order directing defendants to submit a declaration from Dr. Borges "under penalty as to the truth of the matters stated therein." Defendants re-submitted Dr. Borges declaration on March 10, 2008. In the re-submitted declaration, Dr. Borges restates the matters set forth in the original declaration and adds: "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on my own person knowledge . . . ." The re-submitted declaration has sufficient evidentiary weight to support the magistrate judge's January 17, 2008, findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 17, 2008, are adopted in full;

2. Defendants' motion for summary judgment (Doc. 87) is granted;

3. All other pending motions are denied as moot; and

4. The Clerk of the Court is directed to enter judgment in favor of defendants and against plaintiff and to close this file.

DATED: April 7, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT