IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH ROBINSON,                                  No. CIV S-05-1499-LKK-CMK-P

        Plaintiff,

    vs.                                                                    <u>ORDER</u>

M. PENNER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered in this matter on April 7, 2008, and plaintiff has filed an appeal. On July 28, 2008, plaintiff filed in this court a request for transcript designation forms and instructions regarding filing a motion for transcripts at government expense. Because no hearings were conducted in this case, there are no transcripts. Plaintiff's request is, therefore, denied as unnecessary.

        IT IS SO ORDERED.

DATED: August 4, 2008

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE